CHARLES M. SWIMMER and Another, Appellants, v. JULIUS SILVERMAN, Respondent.

Supreme Court, Appellate Term, Second Department, September, 1926.

**Appeal — orders appealable — order denying motion for summary judgment not appealable under Municipal Court Code, § 154.**

An order denying plaintiff's motion for summary judgment is not appealable under section 154 of the New York City Municipal Court Code (as amd. by Laws of 1925, chap. 637).

APPEAL by plaintiffs from an order denying their motion for summary judgment.

PER CURIAM. Appeal from order denying motion for summary judgment dismissed, without costs. The order is not appealable. (Mun. Ct. Code, § 154, as amd. by Laws of 1925, chap. 637.) *Pinchot* v. *Roskam* (123 Misc. 253) and *State Realty Co.* v. *Post* (Id. 925), the cases cited by appellants, do not hold to the contrary. Those cases were in the City Court of the City of New York and the section of the Municipal Court Code, above cited, was not applicable.

Present — CROPSEY, MACCRATE and LEWIS, JJ.